United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 23-11768-RAM
Richard Van Der Dijs  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1  User: admin  Page 1 of 1
Date Rcvd: May 08, 2023  Form ID: CGFD47  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard Van Der Dijs, 6960 Byron Ave (6), Miami Beach, FL 33141-3142 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Drew M Dillworth | ddillworth@stearnsweaver.com<br>ddillworth@ecf.axosfs.com;dmd@trustesolutions.net;mfernandez@stearnsweaver.com;dmd@trustesolutions.net;fsanchez@stearnsweaver.com;jless@stearnsweaver.com |
| Jose Sabatier | on behalf of Debtor Richard Van Der Dijs jsabatier@legalservicesmiami.org |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

CGFD47 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 23−11768−RAM

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Richard Van Der Dijs
6960 Byron Ave (6)
Miami Beach, FL 33141

SSN: xxx−xx−2433

## NOTICE OF REQUIREMENT TO COMPLETE A POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT AND SUBMIT PROOF OF COMPLETION OF THE COURSE TO THE COURT

    Notice is given that, subject to limited exceptions, a debtor (both debtors in a joint case) must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 [11 U.S.C. §727(a)(11)], under chapter 13 [11 U.S.C. §1328(g)(1)] or, in certain individual chapter 11 cases where 11 U.S.C. §1141(d)(3) applies. Proof of completion of the course must be submitted to the court by either the debtor or the course provider on behalf of the debtor.

**DEBTOR AND DEBTOR'S ATTORNEY ARE HEREBY NOTIFIED THAT:**

    If the course provider has not filed a certificate with the court directly indicating that the debtor has completed the course, **the debtor must file the** "Certification About a Financial Management Course", (Official Bankruptcy Form 423):

    **In a chapter 7 case:** within 60 days after the first date set for the meeting of creditors under §341. [See Bankruptcy Rules 1007(b)(7)(A) and (c).]

    **In a chapter 13 case:** no later than the date of the last payment made as required by the plan or the filing of a motion for entry of a discharge under §1328(b). [See Bankruptcy Rules 1007(b)(7)(A) and (c).]

    **In a chapter 11 individual case where 11 U.S.C. §1141(d)(3) applies:** prior to completion of all payments under the confirmed plan. [See Bankruptcy Rules 1007(b)(7)(B) and (c).]

    This requirement must be met before a discharge can be entered in this case. [See Bankruptcy Rule 4004(c)(1)(H) and Local Rule 4004−3(A).]

    Failure to file the Official Bankruptcy Form 423 certification form, unless the course provider files a certificate on your behalf, may result in the case being closed without an entry of discharge.

    If the debtor subsequently files a motion to reopen the case to permit the filing of the Official Bankruptcy Form 423, the debtor must pay the filing fee due for reopening the case. [See Local Rules 4006−1 and 5010−1(G).]

    A list of approved providers of Personal Financial Management Courses is available at: http://www.justice.gov/ust/eo/bapcpa/ccde/de_approved.htm [see 11 U.S.C. §111]

**Dated: 5/8/23**                                                **CLERK OF COURT**
                                                                 By: admin
                                                                 Deputy Clerk

The clerk shall serve a copy of this notice on the Debtor and Attorney for the Debtor