Certificate Number: 03621-FLS-DE-037442995

Bankruptcy Case Number: 23-11768


03621-FLS-DE-037442995

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2023, at 10:14 o'clock PM EDT, Richard Van Der Dijs completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: May 19, 2023

By: /s/Lashonda Collins

Name: Lashonda Collins

Title: Credit Counselor