United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 23-11768-RAM |
| Richard Van Der Dijs | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 16, 2023 | Form ID: 318 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Van Der Dijs, 6960 Byron Ave (6), Miami Beach, FL 33141-3142 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FDMDILLWORTH | Jun 17 2023 02:53:00 | Drew M Dillworth, 2200 Museum Tower, 150 West Flagler St, Miami, FL 33130-1536 |
| smg | | EDI: FLDEPREV.COM | Jun 17 2023 02:47:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 16 2023 23:05:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: RMSC.COM | Jun 17 2023 02:47:00 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96876370 | + | Email/PDF: bncnotices@becket-lee.com | Jun 16 2023 23:07:00 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 96876371 | | EDI: BANKAMER.COM | Jun 17 2023 02:47:00 | Bank of America, 4060 Ogletown Stanton Rd, DE5-019-03-07, Newark, DE 19713 |
| 96876372 | + | EDI: CITICORP.COM | Jun 17 2023 02:53:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 96876373 | + | EDI: CAPITALONE.COM | Jun 17 2023 02:47:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 96876374 | + | EDI: PHINGENESIS | Jun 17 2023 02:53:00 | Indigo-Celtic Bank, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 96876375 | | EDI: JEFFERSONCAP.COM | Jun 17 2023 02:53:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 96876376 | | EDI: CITICORP.COM | Jun 17 2023 02:53:00 | Macy's/Citibank, 911 Duke Blvd, Mason, OH 45040 |
| 96876377 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 23:05:00 | Midland Credit Management, 350 Camino Del La Reina, Suite 100, San Diego, CA 92108-3007 |
| 96876379 | | EDI: PRA.COM | Jun 17 2023 02:53:00 | PORTFOLIO RECOVERY ASSOCIATES, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 96876378 | + | Email/Text: bankruptcynotices@pollackrosen.com | Jun 16 2023 23:04:00 | Pollack& Rosen, P.A., 806 S. Douglas Rd., South Tower Suite 200, Miami, FL 33134-3157 |
| 96876381 | | Email/Text: bankruptcy@springoakscapital.com | Jun 16 2023 23:04:00 | Spring Oaks Capital LLC, P.O. Box 1216, Chesapeake, VA 23327 |
| 96876380 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

District/off: 113C-1        User: admin        Page 2 of 2
Date Rcvd: Jun 16, 2023        Form ID: 318        Total Noticed: 18

| | | |
|---|---|---|
| | Jun 16 2023 23:06:00 | Santander Consumer USA, 8585 N. Stemmons FWY, Ste 1100-N, Dallas, TX 75247-3822 |
| 96876382    ^ MEBN | Jun 16 2023 22:55:57 | Veros Credit LLC, 2333 N. Broadway, Suite 130, Santa Ana, CA 92706-1641 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2023        Signature:     /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard Van Der Dijs<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2433<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Southern District of Florida | |
| Case number: | 23-11768-RAM | |

# Order of Discharge                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   **Richard Van Der Dijs**

June 16, 2023                                    **By the court:** _[signature]_

                                                 **Robert A Mark**
                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Form 318 (03/03/21)                                                         page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**