**IN THE UNITED STATES BANKRUPTCY COURT FOR**
SOUTHERN **DISTRICT OF** FLORIDA
MIAMI **DIVISION**

In re

RICHARD VAN DER DIJS

Debtors.

In Chapter 7 Proceeding
Case No. 23-11768

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 3/8/2023 Docket Number 9.

Dated: This 7th day of July, 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

      I hereby certify that a copy of the foregoing was served electronically to the following parties:

JOSE SABATIER
Attorney

DREW M DILLWORTH
Chapter 7 Trustee

Dated: This 7th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257